# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MORISSA J. LADINSKY, MD, FAAP; HUSSEIN D. ABDUL-LATIF, MD, et al,** | ) ) ) ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) **CASE NO: 2:22-CV-447 AMM** ) |
| **KAY IVEY, et al.,** | ) ) ) |
| **Defendants.** | ) |

## ORDER OF RECUSAL

The undersigned hereby recuses herself from further participation in this case. Accordingly, the court DIRECTS the Clerk to reassign this case to another judge in accordance with the Clerk's normal procedure.

**DONE** and **ORDERED** this 11th day of April, 2022.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE