## UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris  
Clerk

Joe Musso  
Chief Deputy

Morissa J. Ladinky, et al.,

        Plaintiffs,

  v.

Kay Ivey, et al.,

        Defendants.

Case Number:   2:22-cv-447-SGC

## NOTICE OF REASSIGNMENT

The parties having not unanimously consented to the dispositive jurisdiction by a Magistrate Judge, the above styled civil action has been randomly reassigned to the Honorable Annemarie Carney Axon.  Please use case number 2:22-cv-447-ACA on all subsequent pleadings.

DATED: April 14, 2022

                                  SHARON N. HARRIS, CLERK

                                  By:   s/ K Kimbrough Moore
                                           Deputy Clerk

SNH: kk

xc:    Judges  
       Counsel