# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MORISSA J. LADINSKY, M.D., F.A.A.P.; HUSSEIN D. ABDUL-LATIF, M.D.; ROBERT ROE, individually and on behalf of his minor child, MARY ROE; and JANE DOE, individually and on behalf of her minor child, JOHN DOE.<br><br>*Plaintiffs*,<br><br>v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; JILL H. LEE, in her official capacity as District Attorney for Shelby County; and DANNY CARR, in his official capacity as District Attorney for Jefferson County.<br><br>*Defendants*. | Civil Action No. 2:22-CV-447-ACA<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

# **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby provide notice of their voluntary dismissal, without prejudice, of all claims against Defendants in this action.

Respectfully submitted on April 15, 2022.

*/s/ Melody H. Eagan*
Melody H. Eagan (ASB-9780-D38M)
Jeffrey P. Doss (ASB-4212-R62D)
Amie A. Vague (ASB-4113-Q46I)
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
205.581.0700
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on this 15th day of April 2022, I served the foregoing document via ECF on counsel for the Defendants.

>	*/s/ Melody H. Eagan*
>	*Attorney for Plaintiffs*